STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Daniel Elmo Broussard, Jr.
Broussard, Bolton, Halcomb,
P. O. Box 1311
Alexandria LA 71309

**REHEARING ACTION: July 14, 2010**

**Docket Number: 10   00082-CA**

**CHARLES MCCALL
VERSUS
CITY OF ALEXANDRIA**

**Appealed from Rapides Parish Case No. 235,808**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Oswald A. Decuir
Hon. Marc T. Amy
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles McCall** has this day been

    **DENIED.**

cc: Steven M. Oxenhandler, Counsel for the Appellant
    Misty Shannon Antoon Esq., Counsel for the Appellant